# CASES REPORTED WITH BRIEF SYLLABI

### AND

## DECISIONS HANDED DOWN WITHOUT OPINION.

---

### FIRST DEPARTMENT, JUNE, 1917.

In the Matter of the Judicial Settlement of the Account of Proceedings of MORRIS MENDLOW, as Administrator, etc., of SAMUEL MENDLER, Also Known as SAMUEL MENDLOW, Deceased, Appellant.

EUGENE VON ROZWADOWSKI, Respondent.

Appeal by an administrator from a decree of the surrogate of the county of New York, entered August 19, 1916, vacating and setting aside a decree judicially settling the account of the administrator.

PER CURIAM: As the record shows that no testimony was taken in support of the controverted allegations of the petition and they were not proved by any competent evidence, the decree must be reversed and the matter remitted to the Surrogate's Court, to take the proofs of the parties on the said issues, with costs to the appellant to abide the event. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ. Decree reversed and matter remitted to Surrogate's Court as stated in opinion, with costs to appellant to abide event. Order to be settled on notice.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANDRE L. STAPLER, Appellant.

Appeal from a judgment of the Supreme Court, Criminal Term, rendered on February 4, 1916, upon a verdict convicting the defendant of manslaughter, first degree, and from orders denying motions for a new trial and in arrest of judgment.

PER CURIAM: We have examined this record with great care, and while there are certain errors, we are satisfied that they are of such a nature that they may be disregarded under section 542 of the Code of Criminal Procedure, in view of the fact that in our opinion the evidence clearly establishes the guilt of the defendant. The judgment and orders appealed from are, therefore, affirmed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ. Judgment and orders affirmed.